UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JON R. MORGAN,

                      **Plaintiff,**                    **19-CV-06934 (SN)**

      -against-                                  **ORDER**

**THE HYGENIC CORPORATION,**

                      **Defendant.**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    The parties have notified the Court that they have reached a settlement. Accordingly, this case is DISMISSED with prejudice with leave to file to reopen within 30 days. The Initial Pretrial Conference scheduled for Wednesday, October 23, 2019, is ADJOURNED *sine die*.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    October 23, 2019
                New York, New York